IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
IN THIS OFFICE
DEC 1 3 2021
Clerk U.S. District Court
Greensboro, NC
BY.

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:21CR_415_-1 |
| | : | |
| YOSEF AMIEL HANDY, | : | |
| also known as "Yo Yo" | : | |

The Grand Jury charges:

On or about September 11, 2021, in the County of Surry, in the Middle

District of North Carolina, YOSEF AMIEL HANDY, also known as "Yo Yo,"

knowingly did possess in and affecting commerce a firearm, that is, a Beretta

9mm handgun, having been convicted of a crime punishable by imprisonment

for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED:  December 13, 2021

SANDRA J. HAIRSTON
United States Attorney

BY:  MARGARET M. REECE
Special Assistant United States Attorney

BY:  GRAHAM T. GREEN
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

2