Yosef Amiel Handy
201 N. Church Street
Winston-Salem, NC 27101



United States District Court
Middle District of N.C.        2-6-2022
251 N. Main Street
Winston-Salem, NC 27101

RE: United States of America vs. Yosef Amiel Handy Case No. 1:21CR415-1.

    I am respectfully writing this honorable court requesting appointment of a new counsel for the following reasons; (1) Attorney Buggs has no clue as to how to argue or defend me during a Jury trial, he has no clue as to what a 2241 is. (2) Under the Sixth Amendment I am gauranteed the right to effective assistance of counsel and Mr. Buggs has no clue of how to be effective in a federal court of law. (3) Also possession is nine tenths of the law, and also Constructive Possession is within arms reach.

<u>Argument</u>

    Attorney Buggs has yet to challenge the indictment since I have been in federal custody, nor has attorney Buggs tried to prove my innocense of ever possessing a firearm.

(1)

Even after agent Lee, on the record stated that I was not found in possession of a firearm, I'm still sitting in the County Jail under a federal indictment, for possession of a firearm. A firearm I clearly did not possess, and clearly was not found in possession of. I am respectfully asking this honorable court to drop this indictment.

I am also requesting that this honorable court to correct my sentence of the 851 enhanced penalty, the 4B1.1 career offender guidelines, and the prior 922(g)(1) and 924(a)(2) offense from the 2005 indictment which no longer applies in light of Wheeler, Simmons, and the First Step act itself. See Yosef Amiel Handy Vs. Warden Bradley 2018, 2241 habeas corpus in light of 4th Circuit Precedent Wheeler and Simmons that was vacated and remanded back to the Middle District for correction in 2018.

However, I was granted relief September 2019, nearly 1 year later without my sentence corrected or me being resentenced after the 3rd Circuit vacated and remanded my case back to the Middle District in light of Wheeler and Simmons. Even under Category VI, a level 26 under advisory guidelines of Booker, I should have been resentenced to 120 to 150 months of imprisonment followed by 3 years paper. I served over 187 months which is 37 months over what the law required but evidently due to the court's failure to resentence me I'm still suffering from harsh punishment

(3)

Attorney Buggs visited me yesterday February 5th trying to get me to sign papers to stipulate that I had a prior felony conviction in which I served over 1 year and a day in which I refused to sign. Attorney Buggs also tried to get me to sign papers stipulating that some gun traveled accross state lines in which I also refused to sign because I never possessed or had a firearm to no if it crossed state lines.

Agent Lee's statement at my hearing December proved this when agent Lee said he found a gun in a vehicle. I have been detained since September 11, 2021, based on false statements made by police officers in they report in which they stated they had video footage of me shooting somebody, well two people in the arm and head with one single shot. However the only video footage they had was of a Marty Benge Jumping on Brandon Collins back assaulting him. After sitting in the Surry County Jail from September 11, 2021, until December 13, 2021, the charges were dismissed, and agent Lee turned the firearm which was suposed to have been involved witho a crime over to the feds to get an indictment. Now I have been sitting in the forsyth county Jail since December 15, 2021, Based on the same lies and more hearsay from individuals who wasn't at the race track. My question is how because I will bring the police statements that was given to the probations office in which a violation is requested for.

(2)

in which the law does not make criminal under the substantive change in the law of, Simmons and Wheeler, which holds adverse affect of me still being penalized under statutes and guidelines that no longer apply laws that attorney Corey Buggs has no clue about whatsoever and this is why I need appointment of a new effective counsel.

I am entitled to more than just a statute of a lawyer sitting in a courtroom without a clue is useless to me. Also I'm not comfortable with any attorney who will not contact any of my witnesses but text back and fowards with a DA is wierd to me.

### Requested Relief

First I would like to be resentenced under current law in light of Wheeler, Simmons, and the first step act, absent the career offender, 851, and 922(g)(1) offense with no probation or parole, and then dismiss the indictment for hearsay in which it's based on and its insufficiency to a guideline range of 120 to 150 months which is required by law. A sentence that I have over maxed. Agent Lee lucky I Don't pursue perdury charges against his witness Marty Benge who is a compulsive lier a person who beats up handicapped people Tied up women who the law lets go every time. I'll have Proof tuesday. Thanks for you taking time to read this letter.

(4)